TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-10-00546-CR






Robbye Denise Jones, Appellant


v.


The State of Texas, Appellee






FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT

NO. 57430, HONORABLE JOE CARROLL, JUDGE PRESIDING





O R D E R

PER CURIAM

 Appellant has filed a third motion for extension of time to file appellant's brief. We
grant the motion and extend the deadline to March 7, 2011. We caution counsel that no further
extensions will be granted and that a failure to file the brief will result in referral of the matter to the
trial court for a hearing pursuant to rule 38.8(b). See Tex. R. App. P. 38.8(b).


Before Justices Puryear, Pemberton and Rose

Filed: February 23, 2011

Do Not Publish